UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT TERRY, CREST CORPORATION, and CREST IRREVOCABLE BUSINESS TRUST, dba FREEDOM MEDIA,<br><br>       Plaintiffs,<br><br>   v.<br><br>REGISTER TAPES UNLIMITED, INC., EDWARD "DOUG" ENDSLEY, ASHLEY MATE, and DOES 1-50, inclusive,<br><br>       Defendants. | CIV. NO. 2:16-00806 WBS AC<br><br>ORDER |

----oo0oo----

On April 26, 2016, defendants Edward "Doug" Endsley and Ashley Mate filed a motion to dismiss the seventh cause of action in plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (Docket No. 5.) Plaintiffs filed a First Amended Complaint on May 13, 2016. (Docket No. 6.) Rule 15(a)(1) allows a party to "amend its pleading once as a matter

1

1  of course within: (A) 21 days after serving it, or (B) if the
2  pleading is one to which a responsive pleading is required, 21
3  days after service of a responsive pleading or 21 days after
4  service of a motion under Rule 12(b), (e), or (f), whichever is
5  earlier." Fed. R. Civ. P. 15(a)(1).  Plaintiffs properly filed
6  their First Amended Complaint within 21 days after service of
7  defendants' motion to dismiss, thereby mooting defendants'
8  pending motion to dismiss.
9            IT IS THEREFORE ORDERED that defendants' motion to
10 dismiss be, and the same hereby is DENIED without prejudice as
11 moot.
12 Dated:  June 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE