**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT TERRY, et al, | Case No. 2:16-cv-00806-WBS-AC |
| Plaintiffs, | **ORDER RE**: REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR DEFENDANTS ENDSLEY AND MATE REGARDING THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT |
| v. | |
| REGISTER TAPES UNLIMITED, INC., *et al.*, | |
| Defendants. | Date: August 8, 2016<br>Time: 1:30 pm<br>Location: Courtroom 5, 14th Floor |

The Court having reviewed Defendants' Counsel's request to appear telephonically at the oral argument of Defendants' Motion to Dismiss and finding good cause to grant the request,

IT IS ORDERED that Defendants' Counsel may appear telephonically at the oral argument of Defendants' Motion to Dismiss set for August 8, 2016 at 1:30 pm. (Counsel's landline telephone number for this appearance is (208) 734-3285.)

IT IS FURTHER ORDERED that the courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: August 1, 2016

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted by

The Law Office of David J. Hamilton
David J. Hamilton (SBN 117857)
2299 Bowlin Lane
Twin Falls, Idaho 83301-8102
California Telephone: (661) 295-3000
Idaho Telephone: (208) 734-3285
Email: dhamilton@hamiltonlaw.biz

Attorney for Defendants Register Tapes Unlimited, LP, Edward "Doug" Endsley and Ashley Mate

[PROPOSED] ORDER TO APPEAR TELEPHONICALLY RE MOTION TO DISMISS