# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ROBERT TERRY, et al,

    Plaintiffs,

v.

REGISTER TAPES UNLIMITED, INC., *et al.*,

    Defendants.

Case No. 2:16-cv-00806-WBS-AC

**ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE BY COUNSEL FOR DEFENDANT REGISTER TAPES UNLIMITED, LP REGARDING PLAINTIFFS' MOTION TO AMEND FIRST AMENDED COMPLAINT**

Date: May 15, 2017
Time: 1:30 pm
Location: Courtroom 5, 14th Floor

    The Court having reviewed Defendant's Counsel's request to appear telephonically at the oral argument of Plaintiffs' Motion to Amend the First Amended Complaint and finding good cause to grant the request,

    IT IS ORDERED that Defendant's Counsel may appear telephonically at the oral argument of Plaintiffs' Motion to Amend set for May 15, 2017 at 1:30 pm. (Counsel's landline telephone number for this appearance is (208) 734-3285.)

    IT IS FURTHER ORDERED that the courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: May 11, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Submitted by

The Law Office of David J. Hamilton
David J. Hamilton (SBN 117857)
2299 Bowlin Lane
Twin Falls, Idaho 83301-8102
California Telephone: (661) 295-3000
Idaho Telephone: (208) 734-3285
Email: dhamilton@hamiltonlaw.biz

Attorney for Defendants Register
Tapes Unlimited, LP