Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, CA 95834
Telephone: 916.974.9756

Attorneys for Plaintiffs,
ROBERT TERRY,
CREST CORPORATION,
and CREST IRREVOCABLE BUSINESS
TRUST DBA FREEDOM MEDIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, CREST CORPORATION, and CREST IRREVOCABLE BUSINESS TRUST DBA FREEDOM MEDIA, <br><br> Plaintiffs, <br><br> v. <br><br> REGISTER TAPES UNLIMITED, INC.; EDWARD "DOUG" ENDSLEY; ASHLEY MATE; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-00806-WBS-AC <br><br> **ORDER RE: STIPULATION TO DISMISS THE SEVENTH CAUSE OF ACTION FROM THE SECOND AMENDED COMPLAINT** <br><br> *Assigned to Honorable William B. Schubb for All Purposed; Courtroom 5* <br><br> Date: July 10, 2017 <br> Time: 1:30 p.m. <br> Department: Courtroom 5, 14th Floor |

///

///

///

///

1

**[PROPOSED] ORDER RE STIPULATION TO DISMISS SEVENTH CAUSE OF ACTION**
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*  Lawrance A. Bohm, Esq.
Case No.: 2:16-cv-00806-WBS-AC  Robert L. Boucher, Esq.

[~~PROPOSED~~] **ORDER**

In view of the parties' Stipulation, the Court orders as follows:

(1)  Plaintiff's Seventh Cause of Action is hereby dismissed from this lawsuit without prejudice.  The July 10, 2017 motion hearing is vacated.

(2)

**IT IS SO ORDERED.**

Dated:  June 21, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dated: June 20, 2017

Submitted By:

 /s/Robert L. Boucher_____
Robert L. Boucher (SBN: 244760)
Boucher Law
2121 Natomas Crossing Drive,
Suite 200-239
Sacramento, California 95834
Telephone: 916.974.9756
Email: robert@boucherlaw.com

Attorney for Plaintiffs,
ROBERT TERRY,
CREST CORPORATION,
and CREST IRREVOCABLE BUSINESS
TRUST DBA FREEDOM MEDIA

2

**[PROPOSED] ORDER RE STIPULATION TO DISMISS SEVENTH CAUSE OF ACTION**
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*                    Lawrance A. Bohm, Esq.
Case No.: 2:16-cv-00806-WBS-AC                                               Robert L. Boucher, Esq.