Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
**BOHM LAW GROUP**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  916.927.5574
Facsimile:   916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, CA 95834
Telephone:  916.974.975

Attorneys for Plaintiffs,
ROBERT TERRY,
CREST CORPORATION,
and CREST IRREVOCABLE BUSINESS
TRUST DBA FREEDOM MEDIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, CREST CORPORATION, and CREST IRREVOCABLE BUSINESS TRUST DBA FREEDOM MEDIA,<br><br>Plaintiffs,<br><br>v.<br><br>REGISTER TAPES UNLIMITED, INC.; EDWARD "DOUG" ENDSLEY; ASHLEY MATE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.:  2:16-cv-00806-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO CONTINUE DISCOVERY DATES AND MODIFY SCHEDULING ORDER**<br><br>*Assigned to Honorable William B. Shubb for All Purposed; Courtroom 5*<br><br>Action Filed:      November 23, 2013<br>Trial Date:         February 21, 2018 |

The Joint Stipulation of the Parties to Continue Discovery Dates and Modify Scheduling Order is hereby GRANTED as follows:

1. A continuance of non-expert discovery from September 15, 2017 by two months to November 15, 2017 (ECF No. 22 at 3:8);

1

**[Proposed] Order Granting Joint Stipulation of the Parties to Continue Discovery Dates and Modify Scheduling Order**
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC

Lawrance A. Bohm, Esq.
Robert L. Boucher, Esq.

2. A continuance of expert disclosure to a date one month after the completion of written and deposition discovery to December 15, 2017 (ECF No. 22 at 2:28–3:2);

3. A continuance of the last day to file all motions by two months from October 13, 2017 to December 15, 2017(ECF No. 22 at 3:18–21);

4. A continuance of rebuttal expert discovery to January 5, 2018 (ECF No. 22 at 3:2–5);

5. A continuance of expert deposition testimony to January 16, 2018;

and,

6. A continuance of the final pretrial conference from December 18, 2017 to **<u>January 16, 2018 at 1:30 p.m.</u>** (ECF No. 22 at 3:26–27);

**IT IS SO ORDERED.**

Dated: July 11, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Proposed] Order Granting Joint Stipulation of the Parties to Continue**   Lawrance A. Bohm, Esq.
**Discovery Dates and Modify Scheduling Order**   Robert L. Boucher, Esq.
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC