The Law Office of David J. Hamilton
David J. Hamilton (SBN 117857)
2299 Bowlin Lane
Twin Falls, Idaho 83301-8102
Telephone: (661) 295-3000
Email: dhamilton@hamiltonlaw.biz

Law Offices of Glenn Powell & Associates, LLC
Glenn Powell (Pro Hac Vice)

Attorneys for Defendants

Boucher Law
Robert L. Boucher (SBN: 244760)
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, CA 95834
Telephone: (916) 974-9756
Email: robert@boucher-law.com

Bohm Law Group
Lawrance A. Bohm (SBN: 208716)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REGISTER TAPES UNLIMITED, INC.; et al., <br><br> Defendants. | Case No.: 2:16-cv-00806-WBS-AC <br><br> **ORDER RE STIPULATION OF THE PARTIES TO CONTINUE DISCOVERY CUTOFF AND TRIAL DATE AND MODIFY SCHEDULING ORDER** <br><br> Current Trial Date: February 21, 2018 |

Pursuant to the stipulation of all the parties hereto and there being good cause, the discovery cutoff in this matter is extended, the trial date continued and the scheduling order modified as follows:

1. The cutoff for **non-expert discovery** is continued to September 7**, 2018**;
2. The cutoff for **expert disclosure** is continued to **September 21, 2018**;
3. The last day to file **dispositive motions** is continued to **December 3, 2018;**
4. The cutoff for **rebuttal expert disclosure** is continued to **October 5, 2018**;
5. The cutoff to complete **expert deposition testimony** is continued to **October 26, 2018**;

   and,
6. The **final pretrial conference** is continued to **February 11, 2019 at 1:30 p.m.**
7. The **trial** of this matter is continued to **April 2, 2019 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: September 29, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed Order re Stipulation to Extend Discovery Cutoff, Continue Trial Date and Modify Scheduling Order