| AO 436 (Rev. 04/13) Read Instructions. | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **AUDIO RECORDING ORDER** | | |
|---|---|---|---|
| 1. NAME David J Hamilton | 2. PHONE NUMBER (661) 373-6108 | 3. EMAIL ADDRESS dhamilton@hamiltonlaw.biz | |
| 4. MAILING ADDRESS 12299 Bowlin Lane | 5. CITY Twin Falls | 6. STATE ID | 7. ZIP CODE 83301 |
| 8. CASE NUMBER 2:16-cv-00806-WBS-AC | 9. CASE NAME Terry v. Register Tapes | DATES OF PROCEEDINGS 10. FROM 3/21/2018 | 11. TO 3/21/2108 |
| 12. PRESIDING JUDGE Allison Claire | | LOCATION OF PROCEEDINGS 13. CITY Sacramento | 14. STATE CA |

### 15. ORDER FOR

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

### 16. AUDIO RECORDING REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate recordings are requested.)

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING (Specify) | 03/21/2018 |
| ☐ CLOSING ARGUMENT (Defendant) | | Crest Corp's Motion for Sanct | 03/21/2018@10:00am |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

### 17. ORDER

| | NO. OF COPIES REQUESTED | COSTS |
|---|---|---|
| ☐ DUPLICATE TAPE(S) FOR PLAYBACK ON A STANDARD CASSETTE RECORDER | | |
| ☐ RECORDABLE COMPACT DISC - CD | | |
| ☒ ELECTRONIC FILE (via email, digital download, or other Judicial Conference Approved Media) | 1 | 31.00 |
| | ESTIMATE TOTAL | 31.00 |

CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order.

| 18. SIGNATURE /s/ David J. Hamilton | 19. DATE 6/12/2018 |
|---|---|

| PROCESSED BY | | | PHONE NUMBER | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | 31.00 |
| TAPE / CD DUPLICATED (if applicable) | | | LESS DEPOSIT | 31.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TAPE/CD (if applicable) | | | TOTAL REFUNDED | |
| PARTY RECEIVED AUDIO RECORDING | | | TOTAL DUE | 31.00 |

DISTRIBUTION:   COURT COPY   ORDER RECEIPT   ORDER COPY