Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Derek K. Ulmer (SBN: 318255)
dulmer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, CA 95834
Telephone: 916.974.975

Attorneys for Plaintiffs,
ROBERT TERRY,
CREST CORPORATION,
and CREST IRREVOCABLE BUSINESS
TRUST DBA FREEDOM MEDIA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, CREST CORPORATION, and CREST IRREVOCABLE BUSINESS TRUST DBA FREEDOM MEDIA, <br><br> Plaintiffs, <br><br> v. <br><br> REGISTER TAPES UNLIMITED, INC.; EDWARD "DOUG" ENDSLEY; ASHLEY MATE; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-00806-WBS-AC <br><br> **ORDER GRANTING SECOND JOINT STIPULATION OF THE PARTIES TO CONTINUE DISCOVERY DATES AND MODIFY SCHEDULING ORDER** <br><br> *Assigned to Honorable William B. Shubb for All Purposed; Courtroom 5* <br><br> Action Filed: January 26, 2016 <br> Trial Date: April 2, 2019 |

The Second Joint Stipulation of the Parties to Continue Discovery Dates and Modify Scheduling Order is hereby GRANTED as follows:

1

**Order Granting Second Joint Stipulation of the Parties to Continue**     Lawrance A. Bohm, Esq.
**Discovery Dates and Modify Scheduling Order**     Derek K. Ulmer, Esq.
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*     Robert L. Boucher, Esq.
Case No.: 2:16-cv-00806-WBS-AC

1. A continuance of non-expert discovery from September 7, 2018 to November 16, 2018;
2. A continuance of expert disclosure to a date approximately one month after the completion of written and deposition discovery to December 21, 2018;
3. A continuance of the last day to file dispositive motions from December 3, 2018 to January 4, 2019;
4. A continuance of rebuttal expert discovery to February 1; and
5. A continuance of expert deposition testimony to February 22, 2018;
6. A continuance of the final pretrial conference to February 25, 2019; and
7. Trial to remain as scheduled for April 2, 2019;

**IT IS SO ORDERED.**

**Dated: July 31, 2018**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Order Granting Second Joint Stipulation of the Parties to Continue**     Lawrance A. Bohm, Esq.
**Discovery Dates and Modify Scheduling Order**     Derek K. Ulmer, Esq.
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*     Robert L. Boucher, Esq.
Case No.: 2:16-cv-00806-WBS-AC