Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Derek K. Ulmer (SBN: 318255)
dulmer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, CA 95834
Telephone: 916.974.975

Attorneys for Plaintiffs,
ROBERT TERRY,
CREST CORPORATION,
and CREST IRREVOCABLE BUSINESS
TRUST DBA FREEDOM MEDIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, CREST CORPORATION, and CREST IRREVOCABLE BUSINESS TRUST DBA FREEDOM MEDIA,<br><br>Plaintiffs,<br><br>v.<br><br>REGISTER TAPES UNLIMITED, INC.; EDWARD "DOUG" ENDSLEY; ASHLEY MATE; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00806-WBS-AC<br><br>**ORDER GRANTING THIRD JOINT STIPULATION OF THE PARTIES TO CONTINUE DISCOVERY DATES AND MODIFY SCHEDULING ORDER**<br><br>*Assigned to Honorable William B. Shubb for All Purposed; Courtroom 5*<br><br>Action Filed: January 26, 2016<br>Trial Date: April 2, 2019 |

///

///

1

**[Proposed] Order Granting Third Joint Stipulation of the Parties to Continue Discovery Dates and Modify Scheduling Order**
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC

Lawrance A. Bohm, Esq.
Derek K. Ulmer, Esq.
Robert L. Boucher, Esq.

The Second Joint Stipulation of the Parties to Continue Discovery Dates and Modify Scheduling Order is hereby GRANTED as follows:

1. A continuance of non-expert discovery from November 16, 2018 to January 2, 2019 (see ECF No. 80);
2. A continuance of expert disclosure to January 25, 2019 (one month after the completion of written and deposition discovery);
3. A continuance of the last day to file dispositive motions from January 4, 2019 to January 25, 2019;
4. A continuance of rebuttal expert discovery from February 1 to February 15, 2019 (ECF No. 80);
5. A continuance of the pre-trial conference from February 25 to **March 4, 2019 at 1:30pm** in Courtroom 5, and
6. Trial to remain as scheduled for April 2, 2019;

**IT IS SO ORDERED.**

**Dated: October 31, 2018**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Third Joint Stipulation of the Parties to Continue Discovery Dates and Modify Scheduling Order
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC

Lawrance A. Bohm, Esq.
Derek K. Ulmer, Esq.
Robert L. Boucher, Esq.