Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Derek K. Ulmer (SBN: 318255)
dulmer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  916.927.5574
Facsimile:  916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, CA 95834
Telephone: 916.974.975

Attorneys for Plaintiffs ROBERT TERRY,
CREST CORPORATION, and CREST IRREVOCABLE
BUSINESS TRUST DBA FREEDOM MEDIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REGISTER TAPES UNLIMITED, INC., et al,<br><br>    Defendants. | Case No.:  2:16-cv-00806-WBS-AC<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE DISCOVERY AND TRIAL DATES AND MODIFY SCHEDULING ORDER**<br><br>*Assigned to Honorable William B. Shubb for All Purposes; Courtroom 5*<br><br>Action Filed:       January 26, 2016<br>Current Trial Date:   April 2, 2019 |

1

[Proposed] Order Granting Stipulation of the Parties to Continue Discovery and Trial Dates and Modify Scheduling Order
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC

Lawrance A. Bohm, Esq.
Derek K. Ulmer, Esq.
Robert L. Boucher, Esq.

Pursuant to the Stipulation of the Parties, the Parties' requests regarding Discovery and Trial Dates and Scheduling Order herein are GRANTED as follows:

1. A continuance of non-expert discovery from January 2, 2019 to **March 15, 2019** (see ECF No. 83);

2. A continuance of expert disclosure from January 25, 2019 to **March 15, 2019**;

3. A continuance of the last day to file dispositive motions from January 25, 2019 to **March 22, 2019**;

4. A continuance of rebuttal expert discovery from February 15 to **April 15, 2019** (ECF No. 83);

5. Parties shall file a joint pre-trial conference statement on or before **April 22, 2019**, pursuant to Local Rule 281(a)(2);

6. A continuance of the pre-trial conference from March 4, 2019 to **April 29, 2019** at 1:30pm in Courtroom 5, and

7. A continuance of the trial from April 2, 2019 to **June 18, 2019 at** 9:00am in Courtroom 5;

**IT IS SO ORDERED.**

Dated:  January 9, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

[Proposed] Order Granting Stipulation of the Parties to Continue Discovery and Trial Dates and Modify Scheduling Order
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC

Lawrance A. Bohm, Esq.
Derek K. Ulmer, Esq.
Robert L. Boucher, Esq.