UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, et al., | No. 2:16-cv-00806 WBS AC |
| Plaintiffs, | |
| v. | ORDER |
| REGISTER TAPES UNLIMITED, et al., | |
| Defendants. | |

Before the court is plaintiff's motion to compel discovery and for sanctions, filed February 19, 2019, with a requested hearing date March 20, 2019. ECF No. 88. Non-expert discovery in this matter was to be completed by March 15, 2019. ECF No. 87. The court's pre-trial scheduling order specified that "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed." ECF No. 22 at 4.

Plaintiff's motion to compel is untimely and therefore will not be considered. The parties are free to continue to engage in informal negotiations regarding discovery, but the right to seek enforcement by this court concluded no later than March 15, 2019 – a date which occurred prior

////

1

to the date plaintiff requested for hearing. ECF Nos. 22, 87, 88. Because plaintiff's motion (ECF No. 88) is untimely it is DENIED and the hearing set for March 20, 2019 is VACATED.

IT IS SO ORDERED.

DATED: March 18, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE