Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Derek K. Ulmer (SBN: 318255)
dulmer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone:  916.927.5574
Facsimile:   916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, CA 95834
Telephone:  916.974.975

Attorneys for Plaintiffs ROBERT TERRY,
CREST CORPORATION, and CREST IRREVOCABLE
BUSINESS TRUST DBA FREEDOM MEDIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REGISTER TAPES UNLIMITED, INC., et al, <br><br> Defendants. | Case No.:  2:16-cv-00806-WBS-AC <br><br> **[PROPOSED] ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE DISCOVERY AND TRIAL DATES AND MODIFY SCHEDULING ORDER** <br> *Assigned to Honorable William B. Shubb for All Purposes; Courtroom 5* <br><br> Action Filed:            January 26, 2016 <br> Current Trial Date:   June 18, 2019 <br> Proposed Trial Date:  November 19, 2019 |

Pursuant to the Stipulation of the Parties, the Parties' requests regarding Discovery and Trial Dates and Scheduling Order herein are GRANTED as follows:

1. A continuance of non-expert discovery from March 15, 2019 to **June 21, 2019**;

2. A continuance of expert disclosure from March 15, 2019 to **June 21, 2019**;

1

---

**[Proposed] Order Granting Stipulation of the Parties to Continue Discovery and Trial Dates and Modify Scheduling Order**
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC

Lawrance A. Bohm, Esq.
Derek K. Ulmer, Esq.
Robert L. Boucher, Esq.

3. A continuance of the last day to file dispositive motions and discovery motions (other than motions in limine) from March 22, 2019 to **July 8, 2019**;

4. A continuance of rebuttal expert discovery from April 15, 2019 to **July 11, 2019**;

5. Parties shall file a joint pre-trial conference statement on or before **September 9, 2019**, pursuant to Local Rule 281(a)(2);

6. A continuance of the pre-trial conference from April 29, 2019 to **September 16, 2019 at 1:30pm** in Courtroom 5, and

7. A continuance of the trial from June 18, 2019 to **November 19, 2019 at 9:00am** in Courtroom 5.

**IT IS SO ORDERED.**

Dated: April 1, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

[Proposed] Order Granting Stipulation of the Parties to Continue Discovery and Trial Dates and Modify Scheduling Order
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC

Lawrance A. Bohm, Esq.
Derek K. Ulmer, Esq.
Robert L. Boucher, Esq.