Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Derek K. Ulmer (SBN: 318255)
dulmer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, CA 95834
Telephone: 916.974.975

Attorneys for Plaintiffs ROBERT TERRY,
CREST CORPORATION, and CREST IRREVOCABLE
BUSINESS TRUST DBA FREEDOM MEDIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> REGISTER TAPES UNLIMITED, INC., et al, <br><br> Defendants. | Case No.: 2:16-cv-00806-WBS-AC <br><br> **ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE DISCOVERY AND TRIAL DATES AND MODIFY SCHEDULING ORDER** |

Pursuant to the Stipulation of the Parties, the Parties' requests regarding Discovery and Trial Dates and Scheduling Order herein are GRANTED as matter:

1. A continuance of non-expert discovery from June 21, 2019 to **September 16, 2019**;

2. A continuance of expert disclosure from June 21, 2019 to **September 30**, **2019**;

1

[Proposed] Order Granting Stipulation of the Parties to Continue
Discovery and Trial Dates and Modify Scheduling Order
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC

Lawrance A. Bohm, Esq.
Derek K. Ulmer, Esq.
Robert L. Boucher, Esq.

3. A continuance of the last day to file dispositive motions and discovery motions (other than motions in limine) from July 8, 2019 to **September 30, 2019**;

**4.** A continuance of rebuttal expert discovery from July 11, 2019 to **November 4, 2019;**

5. Parties shall file a joint pre-trial conference statement on or before **January 14, 2020**, pursuant to Local Rule 281(a)(2);

6. A continuance of the pre-trial conference from September 16, 2019 to **January 21, 2020**, at 1:30pm in Courtroom 5, and

7. A continuance of the trial from November 19, 2019 to **March 17, 2020,** at 9:00am in Courtroom 5.

**IT IS SO ORDERED.**

Dated: July 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Stipulation of the Parties to Continue
Discovery and Trial Dates and Modify Scheduling Order
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*
Case No.: 2:16-cv-00806-WBS-AC

Lawrance A. Bohm, Esq.
Derek K. Ulmer, Esq.
Robert L. Boucher, Esq.