Lawrance A. Bohm (SBN: 208716)
lbohm@bohmlaw.com
Derek K. Ulmer (SBN: 318255)
dulmer@bohmlaw.com
**BOHM LAW GROUP, INC.**
4600 Northgate Boulevard, Suite 210
Sacramento, California 95834
Telephone: 916.927.5574
Facsimile: 916.927.2046

Robert L. Boucher (SBN: 244760)
robert@boucher-law.com
**BOUCHER LAW**
2121 Natomas Crossing Drive, Suite 200-239
Sacramento, CA 95834
Telephone: 916.974.975

Attorneys for Plaintiffs ROBERT TERRY,
CREST CORPORATION, and CREST IRREVOCABLE
BUSINESS TRUST DBA FREEDOM MEDIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>REGISTER TAPES UNLIMITED, INC., et al,<br><br>　　　Defendants. | Case No.: 2:16-cv-00806-WBS-AC<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES TO CONTINUE EXPERT DISCOVERY AND MOTION DATES AND MODIFY SCHEDULING ORDER**<br>*Assigned to Honorable William B. Shubb for All Purposes; Courtroom 5*<br><br>Action Filed:　　　January 26, 2016<br>Trial Date:　March 17, 2020 |

Pursuant to the Stipulation of the Parties, the Parties' requests regarding Discovery and Motion Dates and Scheduling Order herein are GRANTED as matter:

1. A continuance of expert disclosure from September 30, 2019 to **October 31, 2019**;

2. A continuance of the last day to file dispositive motions and discovery motions (other than motions in limine) from September 30, 2019 to **November 7, 2019**;

1

**[Proposed] Order Granting Stipulation of the Parties to Continue**　　　　　Lawrance A. Bohm, Esq.
**Discovery and Motion Dates and Modify Scheduling Order**　　　　　　　　Derek K. Ulmer, Esq.
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*　　　　　　　　　　　　Robert L. Boucher, Esq.
Case No.: 2:16-cv-00806-WBS-AC

3. A continuance of rebuttal expert discovery from November 4, 2019 to **November 15, 2019;**

4. Parties shall file a joint pre-trial conference statement on or before **January 14, 2020**, pursuant to Local Rule 281(a)(2) **[Unchanged]**;

5. The pre-trial conference is set for **January 21, 2020**, at 1:30pm in Courtroom 5 **[Unchanged]**, and

6. The trial set for **March 17, 2020,** at 9:00am in Courtroom 5 **[Unchanged]**.

**IT IS SO ORDERED.**

Dated: September 27, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Proposed] Order Granting Stipulation of the Parties to Continue**     Lawrance A. Bohm, Esq.
**Discovery and Motion Dates and Modify Scheduling Order**     Derek K. Ulmer, Esq.
*Terry, et al. v. Register Tapes Unlimited, Inc., et al.*     Robert L. Boucher, Esq.
Case No.: 2:16-cv-00806-WBS-AC