The Law Office of David J. Hamilton
David J. Hamilton (SBN 117857)
2299 Bowlin Lane
Twin Falls, Idaho 83301-8102
Telephone: (661) 295-3000
Email: dhamilton@hamiltonlaw.biz

Law Offices of Glenn Powell & Associates, LLC
Glenn Powell (Pro Hac Vice)
49 Sunset Terrace
P.O. Box 74
Collinsville, CT 06022
Telephone: (860) 693-1747
Email: lawofficesofgpowell@comcast.net

Attorneys for Defendants Register Tapes
Unlimited, LP and Register Tapes Unlimited, Inc.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT TERRY, *et al.*, | **Case No. 2:16-cv-00806-WBS-AC** |
| Plaintiffs, | **ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO CONTINUE EXPERT DISCOVERY, MOTION HEARING DATES, PRETRIAL DATES, TRIAL DATE AND MODIFY SCHEDULING ORDER** |
| v. | |
| REGISTER TAPES UNLIMITED, INC., *et al.*, | |
| Defendants. | |

Pursuant to the Stipulation of the Parties, the Parties' requests regarding Discovery and Motion Date, Mediation and Trial Scheduling Matters herein are GRANTED as follows:

1. Defendants shall depose Plaintiffs' experts not later than Monday, **February 18, 2020**;

2. Oral argument on Defendants' Motion for Summary Judgment shall be continued from Monday, December 16, 2019 to **Monday, February 24, 2020 at 1:30pm.**

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO CONTINUE EXPERT DISCOVERY, MOTION HEARING DATES, PRETRIAL DATES, TRIAL DATE AND MODIFY SCHEDULING ORDER**

Defendants shall file their reply memorandum to Plaintiffs' opposition pleadings by no later than **February 10, 2020**;

3. Plaintiffs shall be allowed to file a sur-reply to Defendants' reply memorandum of no more than five (5) pages by no later than **February 18, 2020**, which sur-reply shall not include any affidavits, declarations or new exhibits, **except that in the event of any newly raised procedural issues that should be brought to the Court's attention, the parties may also file in connection therewith a joint statement of no more than three (3) pages addressing any such procedural issues (but the parties shall not present new evidence supporting claims or defenses in such statement);**

4. If the Court's ruling on defendants' Motion for Summary Judgment is not granted in its entirety, a mediation shall be conducted on any remaining claims by Friday, **April 17, 2020**;

5. The date for filing the parties' Joint Pre-Trial Conference Statement shall be continued from Tuesday, January 14, 2020, to **Monday, June 1, 2020** pursuant to Local Rule 281(a)(2);

6. The Pre-Trial Conference shall be continued from Tuesday, January 21, 2020, to Monday, **June 8, 2020,** at 1:30pm in Courtroom 5, and

7. The trial shall be continued from Tuesday, March 17, 2020**, to Tuesday August 4, 2020** at 9:00am in Courtroom 5.

**IT IS SO ORDERED.**

Dated: December 11, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF THE PARTIES TO CONTINUE EXPERT DISCOVERY, MOTION HEARING DATES, PRETRIAL DATES, TRIAL DATE AND MODIFY SCHEDULING ORDER**