MEYLAN DAVITT JAIN AREVIAN & KIM LLP
Peter J. Most (SBN 143963)
   Email: pmost@MDJAlaw.com
444 South Flower Street, Suite 1850
Los Angeles, CA 90071
Telephone:  (213) 225-6000
Facsimile:   (213) 225-6660

THE LAW OFFICE OF DAVID J. HAMILTON
David J. Hamilton (SBN 117857)
   Email: dhamilton@hamiltonlaw.biz
2299 Bowlin Lane
Twin Falls, ID 83301-8102
Telephone:  (661) 373-6108

LAW OFFICES OF GLENN POWELL & ASSOCIATES, LLC
Glenn Powell (Pro Hac Vice)
   Email: lawofficesofgpowell@comcast.net
49 Sunset Terrace, P.O. Box 74
Collinsville, CT 06022
Telephone: (860) 693-1747

Attorneys for Defendants Register Tapes Unlimited, Inc.
and Register Tapes Unlimited, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, CREST CORP., and CREST IRREVOCABLE BUSINESS TRUST dba FREEEDOM MEDIA,<br><br>Plaintiffs,<br><br>v.<br><br>REGISTER TAPES UNLIMITED, INC. and REGISTER TAPES UNLIMITED, L.P.,<br><br>Defendants. | CASE NO. 2:16-cv-00806-WBS-AC<br>[Hon. William B. Shubb]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE EXPERT DISCOVERY AND MODIFY SCHEDULING ORDER**<br><br>Action Filed: January 26, 2016<br>Trial Date: August 4, 2020<br><br>Proposed Trial Date: **November 2, 2020** |

Pursuant to the Stipulation of the Parties, the Parties' requests regarding scheduling certain matters are GRANTED as follows:

1. Defendants shall depose Plaintiffs' experts not later than **August 25, 2020;**
2. Parties' joint pre-trial conference statement shall be continued from June 1, 2020 to **September 3, 2020** pursuant to Local Rule 281(a)(2);
3. The pre-trial conference shall be continued from June 8, 2020 to <u>September 14, 2020, at 1:30 p.m.</u> in Courtroom 5; and
4. The trial shall be continued from August 4, 2020, to **November 3, 2020 at 9:00 a.m.** in Courtroom 5.

**IT IS SO ORDERED.**

Dated: January 22, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE