| | |
|---|---|
| 1 | MEYLAN DAVITT JAIN AREVIAN & KIM LLP |
| | Peter J. Most (SBN 143963) |
| 2 |   Email: pmost@MDJAlaw.com |
| | 444 South Flower Street, Suite 1850 |
| 3 | Los Angeles, CA 90071 |
| | Telephone: (213) 225-6000 |
| 4 | Facsimile: (213) 225-6660 |

THE LAW OFFICE OF DAVID J. HAMILTON
David J. Hamilton (SBN 117857)
  Email: dhamilton@hamiltonlaw.biz
2299 Bowlin Lane
Twin Falls, ID 83301-8102
Telephone: (661) 373-6108

LAW OFFICES OF GLENN POWELL & ASSOCIATES, LLC
Glenn Powell (Pro Hac Vice)
  Email: lawofficesofgpowell@comcast.net
49 Sunset Terrace, P.O. Box 74
Collinsville, CT 06022
Telephone: (860) 693-1747

Attorneys for Defendants Register Tapes Unlimited, Inc.
and Register Tapes Unlimited, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, CREST CORP., and CREST IRREVOCABLE BUSINESS TRUST dba FREEEDOM MEDIA,<br><br>    Plaintiffs,<br><br>v.<br><br>REGISTER TAPES UNLIMITED, INC. and REGISTER TAPES UNLIMITED, L.P.,<br><br>    Defendants. | CASE NO. 2:16-cv-00806-WBS-AC<br><br>**ORDER GRANTING STIPULATION TO CONTINUE EXPERT DISCOVERY AND MODIFY SCHEDULING ORDER**<br><br><br>Action Filed: January 26, 2016<br>Trial Date: November 3, 2020 |

Pursuant to the parties' Stipulation to Continue Mediation Deadline and Modify Scheduling Order, the parties request regarding scheduling a certain matter is GRANTED as follows:

1. The mediation cut-off date shall be continued from April 17, 2020, to **May 12, 2020.**

**IT IS SO ORDERED.**

Dated: February 5, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE