1  MEYLAN DAVITT JAIN AREVIAN & KIM LLP
   Peter J. Most (SBN 143963)
2    Email: pmost@MDJAlaw.com
   444 South Flower Street, Suite 1850
3  Los Angeles, CA 90071
   Telephone: (213) 225-6000
4  Facsimile:  (213) 225-6660

5  THE LAW OFFICE OF DAVID J. HAMILTON
   David J. Hamilton (SBN 117857)
6    Email: dhamilton@hamiltonlaw.biz
   2299 Bowlin Lane
7  Twin Falls, ID 83301-8102
   Telephone:  (661) 373-6108

8
   LAW OFFICES OF GLENN POWELL & ASSOCIATES, LLC
9  Glenn Powell (Pro Hac Vice)
     Email: lawofficesofgpowell@comcast.net
10 49 Sunset Terrace, P.O. Box 74
   Collinsville, CT 06022
11 Telephone: (860) 693-1747

12 Attorneys for Defendants Register Tapes Unlimited, Inc.
   and Register Tapes Unlimited, L.P.

13

14                 **UNITED STATES DISTRICT COURT**

15                **EASTERN DISTRICT OF CALIFORNIA**

16

17

18 | ROBERT TERRY, CREST CORP., and CREST | CASE NO. 2:16-cv-00806-WBS-AC |
| IRREVOCABLE BUSINESS TRUST dba | [Hon. William B. Shubb] |
19 | FREEEDOM MEDIA, | |
20 | | **[PROPOSED] ORDER GRANTING** |
| Plaintiffs, | **STIPULATION TO MODIFY** |
21 | | **SCHEDULING ORDER TO ALLOW** |
| v. | **ADDITIONAL LIMITED DISCOVERY** |
22 | | |
| REGISTER TAPES UNLIMITED, INC. and | |
23 | REGISTER TAPES UNLIMITED, L.P., | Action Filed:  January 26, 2016 |
| | Trial Date:  November 3, 2020 |
24 | Defendants. | |

25

26

27

28

MEYLAN DAVITT
JAIN AREVIAN & KIM LLP

1    Pursuant to the parties' Stipulation to Modify Scheduling Order to Allow Additional Limited

2 Discovery, the parties request regarding scheduling a certain matter is GRANTED as follows:

3    1.    Discovery shall be reopened and the Discovery Cut-Off shall be extended to **May 29,**

4          **2020** to allow for the additional limited discovery described below**;**

5    2.    The Parties request that the Court permit the parties to serve the following additional

6          limited discovery:

7          a.   Defendants may serve on each party (i) up to fifteen (15) additional

8               interrogatories, whether new or previously served; (ii) up to twenty-five (25)

9               additional document requests, whether new or previously served; and (iii)

10              deposition notices solely concerning the newly served discovery requests; and

11         b.   Plaintiffs may serve on each party (i) up to twenty-five (25) additional document

12              requests, whether new or previously served; and (ii) deposition notices solely

13              concerning the newly served discovery requests.

14   3.    The Discovery Motion Cut-Off date seeking to compel responses to the additional

15         limited discovery shall be extended to **July 3, 2020;**

16   4.    The Parties retain the right to oppose any other party's motion to compel discovery on

17         any applicable ground; and

18   5.    Additional discovery may be compelled and responses served after the Discovery Cut-

19         Off date pursuant to Orders obtained by motions filed by **July 3, 2020**.

20
     **IT IS SO ORDERED.**
21

22   Dated: February 24, 2020

23   _____
     ALLISON CLAIRE
24   UNITED STATES MAGISTRATE JUDGE

25

26

27

28
                                          - 1 -
                                                              Case No. 2:16-CV-00806-WBS-AC
     [PROPOSED] ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER
                  TO ALLOW ADDITIONAL LIMITED DISCOVERY