MEYLAN DAVITT JAIN AREVIAN & KIM LLP
Peter J. Most (SBN 143963)
  Email: pmost@MDJAlaw.com
444 South Flower Street, Suite 1850
Los Angeles, CA 90071
Telephone: (213) 225-6000
Facsimile:  (213) 225-6660

THE LAW OFFICE OF DAVID J. HAMILTON
David J. Hamilton (SBN 117857)
  Email: dhamilton@hamiltonlaw.biz
2299 Bowlin Lane
Twin Falls, ID 83301-8102
Telephone: (661) 373-6108

LAW OFFICES OF GLENN POWELL & ASSOCIATES, LLC
Glenn Powell (Pro Hac Vice)
  Email: lawofficesofgpowell@comcast.net
49 Sunset Terrace, P.O. Box 74
Collinsville, CT 06022
Telephone: (860) 693-1747

Attorneys for Defendants Register Tapes Unlimited, Inc.
and Register Tapes Unlimited, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, CREST CORP., and CREST IRREVOCABLE BUSINESS TRUST dba FREEEDOM MEDIA,<br><br>Plaintiffs,<br><br>v.<br><br>REGISTER TAPES UNLIMITED, INC. and REGISTER TAPES UNLIMITED, L.P.,<br><br>Defendants. | CASE NO. 2:16-cv-00806-WBS-AC<br>[Magistrate Judge Allison Claire]<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO WITHDRAW PENDING MOTION TO COMPEL**<br><br>Action Filed: January 26, 2016<br>Trial Date: November 3, 2020 |

Pursuant to the parties' Stipulation to Withdraw Pending Motion to Compel, the Court hereby withdraws the pending Motion to Compel [Dkt. 135] from the docket without prejudice to its renewal.

**IT IS SO ORDERED.**

Dated: February 24, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE