MEYLAN DAVITT JAIN AREVIAN & KIM LLP
Peter J. Most (SBN 143963)
  Email: pmost@MDJAlaw.com
444 South Flower Street, Suite 1850
Los Angeles, CA 90071
Telephone: (213) 225-6000
Facsimile: (213) 225-6660

THE LAW OFFICE OF DAVID J. HAMILTON
David J. Hamilton (SBN 117857)
  Email: dhamilton@hamiltonlaw.biz
2299 Bowlin Lane
Twin Falls, ID 83301-8102
Telephone: (661) 373-6108

LAW OFFICES OF GLENN POWELL & ASSOCIATES, LLC
Glenn Powell (Pro Hac Vice)
  Email: lawofficesofgpowell@comcast.net
49 Sunset Terrace, P.O. Box 74
Collinsville, CT 06022
Telephone: (860) 693-1747

Attorneys for Defendants Register Tapes Unlimited, Inc.
and Register Tapes Unlimited, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY,<br><br>    Plaintiff,<br><br>v.<br><br>REGISTER TAPES UNLIMITED, INC. and REGISTER TAPES UNLIMITED, L.P.,<br><br>    Defendants. | CASE NO. 2:16-cv-00806-WBS-AC<br>[Hon. William B. Shubb]<br><br>**ORDER GRANTING (REVISED) STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed: January 26, 2016<br>Trial Date: November 3, 2020<br><br>Proposed Trial Date: **March 30, 2021** |

Pursuant to the Parties' Stipulation to Modify Scheduling Order, the Parties' requests regarding scheduling certain matters are GRANTED as follows:

1. The Discovery Cut-Off date shall be continued from May 29, 2020, to **September 30, 2020**, as follows:

   a. Plaintiff Robert Terry may serve (i) up to twenty-five (25) additional document requests; (ii) requests for admission and corresponding interrogatories; (iii) five (5) additional interrogatories; (iv) third party subpoenas; and (v) deposition notices solely concerning newly-served discovery responses;

   b. Defendant Register Tapes Unlimited, L.P. may serve (i) up to twenty-five (25) additional document requests; (ii) requests for admission and corresponding interrogatories; (iii) five (5) additional interrogatories; (iv) third party subpoenas; and (v) deposition notices solely concerning newly-served discovery responses; and

   c. Defendant Register Tapes Unlimited, Inc. may serve (i) requests for admission and corresponding interrogatories; (ii) third party subpoenas; and (iii) deposition notices solely concerning newly-served discovery responses.

2. Defendants' Rule 35 Exam of Plaintiff Robert Terry, currently due to be conducted by May 29, 2020, shall be conducted by **September 30, 2020**.

3. Defendants' rebuttal expert reports, currently due May 29, 2020, shall be served by **October 23, 2020**.

4. The Discovery Motion Cut-Off date shall be continued from July 3, 2020, to **October 30, 2020**, and additional discovery may be compelled, and responses served, after that date pursuant to Orders obtained by motions filed on or before that date.

5. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **November 23, 2020**.

6. The Expert Discovery Cut-Off date shall be continued from August 25, 2020, to **December 18, 2020**.

7. The deadline to lodge the Parties' joint pre-trial conference statement shall be continued from September 3, 2020, to **January 19, 2021**, pursuant to Local Rule 281(a)(2).

8. The Pre-Trial Conference shall be continued from September 14, 2020, to **February 1, 2021**, at 1:30pm in Courtroom 5.

9. The trial shall be continued from November 3, 2020, to **March 30, 2021**, at 9:00am in Courtroom 5.

**IT IS SO ORDERED.**

Dated:  April 17, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE