UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT TERRY, CREST CORPORATION, and CREST IRREVOCABLE BUSINESS TRUST DBA FREEDOM MEDIA,<br><br>           Plaintiffs,<br><br>     v.<br><br>REGISTER TAPES UNLIMITED, INC.; EDWARD "DOUG" ENDSLEY; ASHLEY MATE; and DOES 1 through 50, inclusive,<br><br>           Defendants. | No. 2:16-cv-00806 WBS AC<br><br>ORDER |

----oo0oo----

IT IS HEREBY ORDERED that, because all of the plaintiffs in this case are appearing <u>pro se</u>, plaintiff's motion for temporary restraining order (Docket No. 181) and all further proceedings are hereby referred to the assigned Magistrate Judge, Allison Claire, consistent with Local Rule 302(c)(21).  All pending dates and deadlines now set before Senior Judge William B. Shubb are VACATED.

IT IS SO ORDERED.

Dated:  July 7, 2020

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE