MEYLAN DAVITT JAIN AREVIAN & KIM LLP
Peter J. Most (SBN 143963)
  Email: pmost@MDJAlaw.com
Robert L. Meylan (SBN 144031)
  Email: rmeylan@MDJAlaw.com
Mary Chu (SBN 156459)
  Email: mchu@MDJAlaw.com
444 South Flower Street, Suite 1850
Los Angeles, CA 90071
Telephone:  (213) 225-6000
Facsimile:   (213) 225-6660

LAW OFFICES OF GLENN POWELL & ASSOCIATES, LLC
Glenn Powell (Pro Hac Vice)
  Email: lawofficesofgpowell@comcast.net
49 Sunset Terrace, P.O. Box 74
Collinsville, CT 06022
Telephone:  (860) 693-1747

Attorneys for Defendants Register Tapes Unlimited, Inc.
and Register Tapes Unlimited, L.P.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TERRY, | CASE NO. 2:16-cv-00806-WBS-AC |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| REGISTER TAPES UNLIMITED, INC. and REGISTER TAPES UNLIMITED, L.P., | |
| Defendants. | |

The parties to this action, plaintiff Robert S. Terry appearing *pro se* and defendants Register Tapes Unlimited, Inc. and Register Tapes Unlimited, L.P. acting through counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims that were stated herein or could have been stated herein against all parties, and that the material allegations of the operative complaint are withdrawn in full by plaintiff, with each party to bear its own attorneys' fees and costs.

DATED:  August 6, 2020                    ROBERT S. TERRY


                                          By: /s/ Robert S. Terry
                                                  Robert S. Terry


DATED:  August 6, 2020                    MEYLAN DAVITT JAIN AREVIAN & KIM LLP
                                          Peter J. Most
                                          Robert L. Meylan
                                          Mary Chu

                                          LAW OFFICES OF GLENN POWELL &
                                            ASSOCIATES, LLC
                                          Glenn Powell



                                          By: /s/ Peter J. Most
                                                  Peter J. Most
                                           Attorneys for Defendants
                                           Register Tape Unlimited, Inc. and
                                           Register Tapes Unlimited, L.P.

## ORDER

The stipulation is approved in its entirety and the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated:  August 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE